UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARRELL STEVEN HOWARD,

Petitioner,

v.

Case No. 26-cv-12171
Hon. Matthew F. Leitman

ERIC RARDIN,

Respondent.

______________________________________________________________/

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Petitioner Tarrell Steven Howard is a federal prisoner. Howard has filed a Petition for a Writ of Habeas Corpus. (*See* Pet., ECF No. 1.)

Shortly after Howard filed his Petition, the Court notified him that it was his responsibility under Local Rule 11.2 to provide the Court updated and current contact information. (*See* Notice, ECF No. 2.) That notice twice warned Howard that any "failure to promptly notify the court of a change in address or other contact information may result in the dismissal of [his] case." (*Id.*, PageID.34.)

On June 30, 2026, the Magistrate Judge issued an Order requiring Howard to "submit the $5.00 filing fee or an original and one copy of a completed, signed and dated application to proceed *in forma pauperis* within 21 days from the date of this order." (Order, ECF No. 4, PageID.36.) The Court then mailed a copy of that Order

to the address that Howard had provided the Court. (*See* Dkt.) On July 8, 2026, that Order returned to the Court as undeliverable. (*See* ECF No. 6.)

Two other mailings have also been returned to the Court as undeliverable. (*See* ECF No. 7; ECF No. 8). Howard has not contacted the Court to update his mailing address, nor has he provided the Court any other contact information. Thus, it appears that Howard has failed to comply with his obligation under Local Rule 11.2 to provide the Court current and updated contact information. Howard's failure to do so is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this action. Accordingly, because Howard has failed to comply with Local Rule 11.2 by providing the Court his current address, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 9, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 9, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126