UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARRELL STEVEN HOWARD,

Petitioner,

v.

Case No. 26-cv-12171
Hon. Matthew F. Leitman

ERIC RARDIN,

Respondent.

______________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 9, 2026
Detroit, Michigan